UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GENE PLYLEY, | No. 1:12-CV-5087 NJV |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| COONEY, PARRIS & RIEKE CORPORATION, a California corporation doing business as SHAFER'S ACE HARDWARE, et al., | |
| Defendants. | |

A telephonic status conference is HEREBY SET in this case for January 15, 2013, at 1:00 p.m. The topic of the status conference is the scheduling of the site inspection required under paragraph 3 of General Order No. 56. Counsel shall attend the telephonic status conference by dialing 888-684-8852, and entering access code 1868782 and security code 7416.

IT IS SO ORDERED.

Dated: January 2, 2013

NANDOR J. VADAS
United States Magistrate Judge