**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, GENE PLYLEY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GENE PLYLEY,** | Case No. 12-CV-5087 NJV |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~(Proposed)~~ ORDER** |
| v. | |
| **COONEY, PARRIS & RIEKE CORPORATION, a California corporation, dba SHAFER'S ACE HARDWARE, JACK RIEKE, MICHELLE RIEKE, and DOES ONE to FIFTY, inclusive,** | Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| **Defendants.** | |

Plaintiff GENE PLYLEY and Defendants COONEY, PARRIS & RIEKE CORPORATION, a California corporation, dba SHAFER'S ACE HARDWARE, JACK RIEKE, MICHELLE RIEKE (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: April 10, 2013  /s/ Jason K. Singleton
Jason K. Singleton, Attorney for
Plaintiff, **GENE PLYLEY**

**PERLMAN & STUNICH**

Dated: April 10, 2013  /s/ Andrew Stunich
Andrew Stunich, Attorneys for
Defendants, **COONEY, PARRIS & RIEKE CORPORATION, JACK RIEKE, MICHELLE RIEKE**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Plyley vs. Cooney, Parris & Rieke, et al.</u>, Case Number 12-CV-5087 NJV, is dismissed with prejudice with each party to bear their own attorney fees and costs

Dated: _____  _____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE